# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEPWEG, et al, <br><br> Plaintiffs, <br><br> v. <br><br> MRS. GOOCH'S NATURAL FOOD MARKETS, INC., et al, <br><br> Defendants. | Case No.: 18cv460-MMA (AGS) <br><br> **ORDER DIRECTING CLERK OF COURT TO CLOSE THE CASE** |

Pursuant to the parties' stipulation to dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DIRECTS** the Clerk of Court to terminate any pending deadlines and/or hearings, and to close the case.

**IT IS SO ORDERED**.

DATE: January 15, 2019

HON. MICHAEL M. ANELLO
United States District Judge